IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 8:20-CR-178 |
| | ) |
| VS. | ) |
| | ) |
| JOSH BOWMAR, SARAH BOWMAR, | ) |
| And BOWMAR BOWHUNTING, LLC | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE JURY TRIAL

**COME** the Defendants, Josh and Sarah Bowmar and Bowmar Bowhunting, LLC, by and through counsel, and move to continue the trial currently set for April 18, 2022. In support of said motion, Defendants would state of show that they are residents of Ohio, and Sarah Bowmar is expecting her second child to be born in March, just weeks prior to the trial of this matter. The Bowmars respectfully move the Court to continue the trial because to try the case as scheduled would be difficult for them logistically, emotionally, and as a practical matter in preparing for trial. The Defendants waive any speedy trial right objections pursuant to the period of delay attributable to this continuance should be excluded from the speedy trial calculations because the ends of justice in allowing the brief continuance due to Sarah Bowmar's pregnancy outweigh the best interest of the public and defendant in a speedy trial. See 18 U.S.C. §§ 3161(h)(7)(A)(i) and (h)(7)(B)(i) and (iv). The Defendants waive their speedy trial rights pursuant to 18 U.S.C. §3162(c)(1) and §3162(a)(2). The Defendants have been advised of their rights pursuant to U.S.C. §18 U.S.C. §3161 *et seq.* and they agree with the bases and consent to the continuance.

For the foregoing reasons, the Bowmars respectfully move this Court to continue the trial which is currently set to begin on April 18, 2022.

Respectfully submitted,

**KLINE PRESTON LAW GROUP**

/s/ G. Kline Preston, IV, Esq.
G. Kline Preston, IV, Esq (BPR #017141)
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
Tel: 615-279-1619
Fax: 866-610-9565
kpreston@klineprestonlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this *Unopposed Motion to Extend to Continue Trial* on the 10th day of February 2022, using the Court's electronic filing system, and it has been forwarded via CM/ECF to:

Mr. Donald J. Kleine, Esq (#22669)
Assistant U.S. Attorney
United States Attorney's Office
1620 Dodge Street, Suite 1400
Omaha, NE 68102
Donald.Kleine@usdoj.gov

/s/ G. Kline Preston, IV, Esq.
G. Kline Preston, IV, Esq.

2