## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 8:20-CR-178 |
| VS. | ) | |
| | ) | |
| JOSH BOWMAR, SARAH BOWMAR, | ) | |
| and BOWMAR BOWHUNTING, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO CONDUCT PLEA HEARING BY REMOTE CONFERENCE

Pursuant to the "Coronavirus Aid, Relief, and Economic Security Act" (CARES Act), H.R. 748, the parties jointly move for an order authorizing the assigned magistrate judge to conduct a change of plea hearing (Plea is pursuant to FRCrP 119(c)(1) (C)) on October 17, 2022 at 11:00 a.m. CDT, by video conferencing if video teleconferencing is not reasonably available.

Defendants understand that due to the COVID-19 pandemic, an in-person plea hearing may seriously jeopardize public health and safety. After consultation with defense counsel, the defendants voluntarily consent to have a United States Magistrate Judge conduct a change of plea hearing on October 17, 2022 at 11:00 a.m. CDT, by video conferencing, or telephone conferencing if video teleconferencing is not reasonably available.

Respectfully Submitted,

**KLINE PRESTON LAW GROUP**

By:

G. Kline Preston, IV, Esq.
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
Tel: 615-649-8680
Fax: 866-610-9565
kpreston@klineprestonlaw.com
*Attorney for Defendants*

Donald J. Kleine, # 22669
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: donald.kleine@usdoj.gov

2